NAOMI YOUNG, Bar No. 063468
KIMBERLY M. TALLEY, Bar No. 146898
FELICIA A. STARR, Bar No. 176527
BAKER & HOSTETLER LLP
333 South Grand Avenue, Suite 1800
Los Angeles, CA 90071-1523
Telephone: (213) 975-1600
Facsimile: (213) 975-1740

Attorneys for Defendant
ALBERTSON'S, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL McCALL,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSON'S, INC. d/b/a ALBERTSONS and Does 1 to 20,<br><br>Defendants. | Case No. CV 04-9051 MMM (SHx)<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Judge: The Honorable Margaret M. Morrow |

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

STIPULATION OF DISMISSAL
AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Nathaniel McCall and Defendant Albertson's, Inc. through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(A)(1).

Dated: August 11, 2005

NAOMI YOUNG
KIMBERLY M. TALLEY
FELICIA A. STARR
BAKER & HOSTETLER LLP

_____
Felicia A. Starr

Attorneys for Defendant
ALBERTSON'S, INC.

Dated: August___, 2005

UGO O. ASOBIE
LAW OFFICES OF UGO O. ASOBIE

_____
Ugo O. Asobie

Attorneys for Plaintiff
NATHANIEL MCCALL

**ORDER**

IT IS SO ORDERED.

Dated: _____, 2005

_____
The Honorable Margaret M. Morrow
United States District Judge

- 2 -

STIPULATION OF DISMISSAL
AND [PROPOSED] ORDER

1  IT IS HEREBY STIPULATED by and between Plaintiff Nathaniel McCall
2  and Defendant Albertson's, Inc. through their designated counsel, that the above-
3  captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule
4  of Civil Procedure 41(A)(1).

6  Dated: August___, 2005           NAOMI YOUNG
                                    KIMBERLY M. TALLEY
7                                   FELICIA A. STARR
                                    BAKER & HOSTETLER LLP

10                                  _____
                                    Felicia A. Starr

11                                  Attorneys for Defendant
                                    ALBERTSON'S, INC.

13  Dated: August 12, 2005          UGO O. ASOBIE
14                                  LAW OFFICES OF UGO O. ASOBIE

16                                  _____
                                    Ugo O. Asobie

17                                  Attorneys for Plaintiff
18                                  NATHANIEL MCCALL

20                                  **ORDER**

21  IT IS SO ORDERED.

22
23  Dated: Aug 18, 2005             _Margaret M. Morrow_
                                    The Honorable Margaret M. Morrow
24                                  United States District Judge

- 2 -                                              STIPULATION OF DISMISSAL
                                                   AND [PROPOSED] ORDER

## PROOF OF SERVICE BY U.S. MAIL

I, Jean G. Washington, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 333 S. Grand Avenue, Suite 1800, Los Angeles, California 90071-1523. On **August 16, 2005**, I served a copy of the within document(s): **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

> **Ugo O. Asobie, Esq.**
> **Law Offices of Ugo O. Asobie**
> **3540 Wilshire Boulevard**
> **Suite 508**
> **Los Angeles, California 90010**

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 16, 2005**, at Los Angeles, California.

*/s/ Jean G. Washington*
Jean G. Washington

BARRISTERS, 09899, 00049, 500888638.1, Stipulation of Dismissal